UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-22657-UNGARO

ANDRES GOMEZ,

    Plaintiff,

v.

PEI WEI ASIAN DINER, LLC,

    Defendant.

_____/

Mediator: Joel Levine, Esq.
Judge: Honorable Ursula Ungaro
Conference Date: November 10, 2015

## DISPOSITION OF MEDIATION CONFERENCE

THIS CAUSE, having been submitted to Mediation before JOEL LEVINE, ESQ., Mediator, the disposition of the mediation conference is as follows:

ADJOURNED.

### Attendance

For Plaintiff: Scott Dinin, Esq., Adam Moskowitz, Esq., Gail A. McQuilkin, Esq., Andres Gomez

For Defendant: Charles H. Morgan, Esq., Michael Tein, Esq., Timothy M. Schar

Respectfully Submitted: _/s/ Joel Levine_

November 10, 2015    Joel Levine, Mediator

cc:    All Counsel of Record