UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CV-22657-UNGARO

ANDRES GOMEZ on behalf of himself and on
all others similarly situated,

        Plaintiff,

v.

PEI WEI ASIAN DINER, LLC, d/b/a
Pei Wei Asian Diner

        Defendant.
_____/

## CONSENT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Andres Gomez ("Plaintiff") and Defendant Pei Wei Asian Diner, LLC ("Pei Wei") respectfully move the Court for entry of the attached agreed Protective Order in the above-referenced case to govern discovery and the exchange of documents and information.

In this proceeding, proprietary and confidential information will be produced by and to the Parties, including by third-parties, the further disclosure of which may be detrimental to the legitimate commercial and privacy interests of the producing party.

The purpose of this Order is to ensure the protection of these legitimate commercial and privacy interests by providing reasonable limitations upon the use of proprietary and confidential information. The proposed Protective Order supplies the framework for resolution of foreseeable issues relating to such proprietary and confidential information, in an effort to reduce or eliminate the Court's involvement in those disputes.

The Order does not authorize the filing of any document under seal. Any party seeking to make a filing under seal shall comply with Southern District of Florida Local Rule 5.4 and

Section 5A of the CM/ECF Administrative Procedures. Such filings remain governed by the Federal Rules of Civil Procedure, Local Rules and CM/ECF Administrative Procedures.

WHEREFORE, the Parties respectfully request that this Court enter the Order attached hereto as Exhibit "A."

Respectfully submitted, this 11th day of December, 2015.

| **Attorneys for Defendant** | **Attorneys for Plaintiff** |
|---|---|
| ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309-3424<br>(admitted *pro hac vice*) | SCOTT R. DININ, P.A.<br>4200 NW 7th Avenue<br>Miami, FL 33127 |
| By:   /s/ *Charles H. Morgan*<br>     Charles H. Morgan<br>     Georgia Bar 522040<br>     Brett E. Coburn<br>     Georgia Bar 171094<br>     Elizabeth Broadway Brown<br>     Georgia Bar 521136 | By: /s/ *Scott R. Dinin*<br>     Scott R. Dinin<br>     Florida Bar No. 97780<br><br>KOZYAK TROPIN & THROCKMORTON<br>2525 Ponce de Leon Blv. Suite 900<br>Coral Gables, FL  33134 |
| LEWIS TEIN, P.L.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, Florida 33133<br><br>By: /s/ *Michael R. Tein*<br>     Michael R. Tein<br>     Florida Bar 993522 | By: /s/ *Adam M. Moskowitz*<br>     Adam M. Moskowitz<br>     Florida Bar No. 984280<br>     Gail Ann McQuilkin<br>     Florida Bar No. 969338<br>     Robert J. Neary<br>     Florida Bar No. 81712<br>     Thomas A. Tucker Ronzetti<br>     Florida Bar No. 965723<br>     Rachel Sullivan<br>     Florida Bar No. 815640 |
|  | By: /s/ *Lance A. Harke*<br>     Lance A. Harke, Esq.<br>     Florida Bar No. 863599<br>     lharke@harkeclasby.com<br>     Sarah Engel, Esq.<br>     Florida Bar No. 991030 |

                                    sengel@harkeclasby.com
                                    Howard M. Bushman, Esq.
                                    Florida Bar No. 0364230
                                    hbushman@harkeclasby.com
                                    **HARKE CLASBY & BUSHMAN LLP**
                                    9699 NE Second Avenue
                                    Miami Shores, Florida 33138
                                    Telephone:    (305) 536-8220
                                    Facsimile:(305) 536-8229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2015, a true and correct copy of the foregoing document was served on all counsel of record identified on the following service list via CM/ECF.

*/s/ Michael R. Tein*
Michael R. Tein

## SERVICE LIST

Scott Richard Dinin
Scott R. Dinin, P.A.
4200 N.W. 7th Avenue
Miami, Florida  33127
Tel: (786) 431-1333
Fax: (786) 513-77070
Email: srd@dininlaw.com
inbox@dininlaw.com

Adam M. Moskowitz
Gail Ann McQuilkin
Robert J. Neary
Thomas A. Tucker Ronzetti
Rachel Sullivan
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blv. Suite 900
Coral Gables, FL  33134
Tel:  (305) 372-1800
Fax:  (305) 372-3508
Email:  gam@kttlaw.com
amm@kttlaw.com
rn@kttlaw.com
tr@kttlaw.com
rs@kttlaw.com

Howard Mitchell Bushman
Lance August Harke
Sarah Clasby Engel
Harke Clasby & Bushman LLP
9699 NE Second Avenue
Miami Shores, FL  33138
Tel: (305) 536-8220
Fax: (305) 536-8229
Email: hbushman@harkeclasby.com
lharke@harkeclasby.com
sengel@harkeclasby.com