UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-cv-22657-UU

ANDRES GOMEZ on behalf
of himself and all others
similarly situated,

        Plaintiff,

v.

PEI WEI ASIAN DINER, LLC,
d/b/a Pei Wei Asian Diner

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Andres Gomez and Pei Wei Asian Diner, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-styled action without prejudice.  Each party shall bear its own costs and fees.

Respectfully submitted this 14th day of December, 2015.

| Attorneys for Defendant | Attorneys for Plaintiff |
|---|---|
| **ALSTON & BIRD LLP** | **KOZYAK TROPIN & THROCKMORTON** |
| 1201 West Peachtree Street | 2525 Ponce de Leon Blv. Suite 900 |
| Atlanta, Georgia  30309-3424 | Coral Gables, FL  33134 |
| (admitted *pro hac vice*) | |
| By: */s/ Charles H. Morgan* | By: /s/ *Robert J. Neary* |
|     Charles H. Morgan |     Adam M. Moskowitz |
|     Georgia Bar 522040 |     Florida Bar No. 984280 |
|     Brett E. Coburn |     Gail Ann McQuilkin |
|     Georgia Bar 171094 |     Florida Bar No. 969338 |
|     Elizabeth Broadway Brown |     Robert J. Neary |
|     Georgia Bar 521136 |     Florida Bar No. 81712 |
| |     Rachel Sullivan |
| |     Florida Bar No. 815640 |

-2-

| | |
|---|---|
| **LEWIS TEIN, P.L**. <br> 3059 Grand Avenue, Suite 340 <br> Coconut Grove, Florida 33133 <br><br> By: /s/ *Michael R. Tein* <br>      Michael R. Tein <br>      Florida Bar 993522 | By: /s/ *Scott R. Dinin* <br>      Scott R. Dinin <br>      Florida Bar No. 97780 <br> **SCOTT R. DININ, P.A.** <br> 4200 NW 7th Avenue <br> Miami, FL 33127 <br><br> By: /s/ *Lance A. Harke* <br>      Lance A. Harke, Esq. <br>      Florida Bar No. 863599 <br>      lharke@harkeclasby.com <br>      Sarah Engel, Esq. <br>      Florida Bar No. 991030 <br>      sengel@harkeclasby.com <br>      Howard M. Bushman, Esq. <br>      Florida Bar No. 0364230 <br>      hbushman@harkeclasby.com <br> **HARKE CLASBY & BUSHMAN LLP** <br> 9699 NE Second Avenue <br> Miami Shores, Florida 33138 <br> Telephone:  (305) 536-8220 <br> Facsimile:   (305) 536-8229 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Court via CM/ECF and served on all counsel of record by the same means on the 14th day of December, 2015.

By: /s/ Robert J. Neary

Pei Wei - Joint Stipulation of Dismissal (December 14)61423