**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:15-cv-22657-UU

ANDRES GOMEZ,

    Plaintiff,

v.

PEI WEI ASIAN DINER, LLC,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the record and is otherwise fully advised in the premises. On December 14, 2015, the parties filed a Joint Stipulation of Dismissal, D.E. 50, which is effective without further action by the Court. Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of December, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record